**572**

■
**James WARD, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 79874.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 7, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 23, 2002.

Application for Transfer Denied
Aug. 27, 2002.

Gwenda R. Robinson, District Defender,
St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Andrea Mazza Follett, Asst. Atty. Gen.,
Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, P.J.
and MARY R. RUSSELL, J. and MARY
K. HOFF, J.

ORDER

PER CURIAM.

James Ward (Movant) appeals from the
judgment denying his Rule 29.15 motion
for post-conviction relief without an evidentiary hearing.

We affirmed Movant's conviction for
first degree murder, Section 565.020
RSMo 1994,[1] first degree assault, Section
565.050, and two counts of armed criminal
action, Section 571.015. *State v. Ward*, 32
S.W.3d 576 (Mo.App. E.D.2000). After a
jury trial, the trial court sentenced Movant
to concurrent terms of life imprisonment
without parole for first degree murder and
thirty years imprisonment for armed crim-

inal action, consecutive to concurrent
terms of fifteen years for both the first
degree assault and the second count of
armed criminal action. After the mandate
was issued in his direct appeal, Movant
filed a motion for post-conviction relief.
This appeal follows the denial of that motion.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be
without merit. The motion court's findings and conclusions are not clearly erroneous. Rule 29.15(k). No error of law
appears. An extended opinion would have
no precedential value. We affirm the
judgment pursuant to Rule 84.16(b).

The parties have been furnished with a
memorandum for their information only,
setting forth the reasons for the order
affirming the judgment pursuant to Rule
84.16(b).

---

1. All subsequent statutory citations are to RSMo 1994 unless otherwise stated.